**Electronically Filed
Supreme Court
SCWC-29624
17-FEB-2011
02:30 PM**

NO. SCWC-29624

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

KEHAULANI TERLEP, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29624; CR. NO. 05-1-299K)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By:  Duffy, J., for the court[1])

Petitioner/Defendant-Appellant Kehaulani Terlep's

application for writ of certiorari, filed on January 11, 2011, is

hereby rejected.

DATED:  Honolulu, Hawaiʻi, February 17, 2011.

FOR THE COURT:

/s/ James E. Duffy, Jr.

Associate Justice



John L. Olson,
for petitioner/defendant-
appellant on the application

Susan Y.N. Won,
Deputy Attorney General,
for respondent/plaintiff-
appellee on the response

---

[1] Considered by:  Recktenwald, C.J., Nakayama, Acoba, and Duffy, JJ., and Circuit Judge Nishimura, assigned by reason of vacancy.